THE STATE BOARD OF MEDICAL EXAMINERS, PLAINTIFF,
v. JACOB N. GREEN, DEFENDANT.

Argued May 5, 1927—Decided November 18, 1927.

Judgments—Review of Judgment of District Court—Certiorari—
Reasons Considered and Held That Nothing Justifies Writ.

On application for *certiorari*.

Before Justices TRENCHARD and KATZENBACH.

For the applicant, *J. Raymond Tiffany*.

PER CURIAM.

This seems to be an application for a writ of *certiorari* to review a judgment against Green in the First District Court of the city of Newark.

There is laid before us an affidavit made by Green together with "reasons" for reversal.

We have examined these with care, and we conclude that there is thus presented nothing which would justify us in allowing the writ of *certiorari*, and the application is denied accordingly.